IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. CASE NO. 2:22-cr-96-ECM |
| | ) |
| ALEX SEXTON NEAL | ) |

**JUDGMENT OF ACQUITTAL**

On August 29, 2023, the Defendant was found not guilty on all charges by the jury. Accordingly, it is

ORDERED that the Defendant is acquitted, discharged, and any related bond exonerated.

DONE this 29th day of August, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE